UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Grace Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10733-DRH |
| *Lee Perry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10430-DRH |
| *Amy Peterson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10722-DRH |
| *D'On Thompson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11356-DRH |
| *Carolyn Werrett, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11338-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 7, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                          JUSTINE FLANAGAN,
                                          ACTING CLERK OF COURT

                                          BY:  /s/*Caitlin Fischer*
                                                      **Deputy Clerk**

**Dated:** July 7, 2014

Digitally signed by David R. Herndon
Date: 2014.07.07 22:50:28 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**

2